Mark J. Tamblyn (State Bar No. 179272)
Email: mjt@wtwlaw.com
**WEXLER TORISEVA WALLACE LLP**
1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone: 916-568-1100
Facsimile: 916-568-7890

Bernard Persky
Email: Bpersky@labaton.com
Hollis L. Salzman
Email: Hsalzman@labaton.com
Kellie Lerner
Email: Klerner@labaton.com
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Attorneys for Plaintiff and the Class
(Additional Counsel Listed on Signature Page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JEMS SOFTWARE AND CONSULTING, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEXAR MEDIA, INC., *et al.*,<br><br>Defendants. | Case No.: 3:07-cv-05041-EMC<br><br>**NOTICE OF LODGING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Magistrate Judge Edward M. Chen |

PLEASE TAKE NOTICE that Plaintiff Jems Software and Consulting, Inc., pursuant to L.R. 3-12(b) and as defined by L.R. 1-5(m), is hereby lodging with this Court that attached copy set of the following documents, filed October 3, 2007 in *Nguyen v. Samsung Electronics Co.,*

*Ltd., et al.*, Case No. C-07-0086-SBA.

1. Plaintiff Jems Software and Consulting, Inc.'s Administrative Motion to Consider Whether Cases Should Be Related;

2. Declaration of Mark J. Tamblyn In Support of Plaintiff's Motion to Consider Whether Cases Should Be Related;

3. [Proposed] Order Relating Cases; and

4. Certificate of Service.

Dated: October 3, 2007                                   Respectfully Submitted,


By: /s/ Mark J. Tamblyn
Mark J. Tamblyn
**WEXLER TORISEVA WALLACE LLP**
1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890

Bernard Persky
Hollis L. Salzman
Kellie Lerner
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Mark Shane
**THE LAW OFFICES OF SHANE AND WHITE LLC**
1676 Route 27
Edison, New Jersey 08817
Telephone: (732) 819-9100

Attorneys for *Plaintiff and the Class*

# ATTACHMENTS

**(Plaintiff Jems Software and Consulting, Inc.'s Administrative Motion to Consider Whether Cases Should be Related)**

1  Mark J. Tamblyn (State Bar No. 179272)
   Email: mjt@wtwlaw.com
2  **WEXLER TORISEVA WALLACE LLP**
   1610 Arden Way, Suite 290
3  Sacramento, California 95815
4  Telephone: (916) 568-1100
   Facsimile: (916) 568-7890
5

6  Hollis L. Salzman
   Email: hsalzman@labaton.com
7  Kellie Lerner
   Email: klerner@labaton.com
8  **LABATON SUCHAROW LLP**
   140 Broadway
9  New York, NY 10005
   Telephone: (212) 907-0700
10 Facsimile: (212) 818-0477

11 Attorneys for Plaintiff and the Class
   (Additional Counsel on Signature Page)
12

13                    UNITED STATES DISTRICT COURT

14               FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16 Trong Nguyen, Inc, on behalf of itself and all  )  Case No.: C-07-0086-SBA
   others similarly situated,                     )
17                                                )
                                                  )  **ADMINISTRATIVE MOTION TO**
18              Plaintiff,                        )  **CONSIDER WHETHER CASES**
           v.                                     )  **SHOULD BE RELATED**
19 Samsung Electronics Co., Ltd., et al.,         )
              Defendants.                         )  The Honorable Saundra B. Armstrong
20 THIS DOCUMENT RELATES TO:                      )
   Case No. C-07-05041-EMC                        )
21                                                )
                                                  )
22 JEMS SOFTWARE AND CONSULTING,                  )
   INC., on behalf of itself and all others similarly )
23 situated,                                      )
                                                  )
24              Plaintiff,                        )
                                                  )
25        vs.                                     )
                                                  )
26 LEXAR MEDIA, INC., et al.,                     )
                                                  )
27              Defendants.                       )

28

---

PLAINTIFF JEMS SOFTWARE AND CONSULTING, INC.'S ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED [CASE NO.: C-07-0086-SBA]                            1

1   Pursuant to Local Rule 3-12 ("Related Cases"), Plaintiff JEMS SOFTWARE AND
2   CONSULTING, INC., submits this administrative motion to consider whether the present case
3   (Case No. C-07-05041-EMC) should be related to *Nguyen v. Samsung Electronics Co., Ltd., et
4   al.*, Case No, C-07-0086-SBA, presently pending before this Court. In support of this motion,
5   Plaintiff states:

6       1.    Both the *Jems* and the *Nguyen* actions allege that many of the same Defendants
7   violated federal antitrust law by illegally fixing the prices of Flash Memory products. Plaintiffs
8   in *Jems and Nguyen* both raise claims for violations of the Sherman Antitrust Act, 15 U.S.C. § 1.
9   The *Nguyen* case was the earliest filed case to assert these claims.

10      2.    By Orders dated March 14, April 27, May 14, June 12, August 2, August 13,
11  August 21, September 18, September 21, and September 28, 2007, the Court related the
12  following additional matters to *Nguyen v. Samsung Electronics Co., LTD., et al.*, Case No. C 07-
13  0086-SBA:

    i.    *A Computer Place, Inc. and Timothy Chanda v. Samsung Electronics Co., Ltd., et al.*, Case No. C-074020-WHA.

    ii.    *Miller v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-1147 EDL.

    iii.    *Burke v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-1236 MJJ.

    iv.    *Perkins v. Samsung Electronics Co. Ltd., et al.*, Case No. C-07-1360-JL.

    v.    *Burt v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-1388-MMC.

    vi.    *TechToysForLess v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-1418-SC.

    vii.    *Huh v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-1459-JCS.

    viii.    *Krahmer v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-1460-SC.

    ix.    *Alderman v. Samsung Electronics Co., Ltd., et al.*, Case No. C 07-01489 SBA.

    x.    *Greenwell v. Samsung Electronics Co., Ltd., et al.*, Case No. C 07-01524 SBA.

| | | |
|---|---|---|
| 1 | xi. | *Sweatman v. Samsung Electonics Co., Ltd., et al.*, Case No. C 07-01613 SBA. |
| 2 | xii. | *Pellitteri v, Samsung Electronics Co., Ltd., et al.*, C 07-01614 SBA. |
| 3 | xiii. | *Kevin's Computer and Photo v. Samsung Electronics Co., Ltd., et al.*, C 07-01665 SBA. |
| 4 | xiv. | *Theisen v, Hitachi, Ltd., et al.*, Case No. C 07-01680 SBA. |
| 5 | xv. | *Davis v. Samsung Electronic Co., Ltd., et al.*, Case No. C 07-01735 SBA. |
| 6 | xvi. | *McClellan-Chambers et al. v. Samsung Electronics Co., Ltd., et al.*, Case No. C 07-01823 SBA. |
| 7 | xvii. | *Juskiewicz v. Samsung Electonics Co Ltd., et al.*, Case No. C 07-01829 SBA. |
| 8 | xviii. | *Rippel v. Samsung Electronics Co. Ltd., et al.*, Case No. C 07-02066 SC. |
| 9 | xix. | *Young v, Samsung Electronics Co., Ltd., et al.*, Case No. C 07-02286 MMC. |
| 10 | xx. | *Harrison v. Samsung Electronics Co., Ltd., et al.*, Case No. C 07-03971 VRW. |
| 11 | xxi. | *Skorstad v. Samsung Electronics Co Ltd., et al.*, Case No. C 07-02228 MEJ. |
| 12 | xxii. | *Calif:Coast Investigative Services v. Lexar Media, Inc., et al.*, Case No. C 07-03775 EDL. |
| 13 | xxiii. | *Cravens v. Lexar Media, Inc., et al.*, Case No. C 07-04082 MJJ. |
| 14 | xxiv. | *Levy v. Samsung Electronics Co., Ltd. et al.*, Case No. C 07-04252 MMC. |
| 15 | xxv. | *Go v. Lexar Media, Inc. et al.*, Case No. C 07-04547 VRW. |
| 16 | xxvi. | *Thal v. Hitachi America, Ltd. et al.*, Case No. C 07-04785 BZ. |

- xi. *Sweatman v. Samsung Electonics Co., Ltd., et al.*, Case No. C 07-01613 SBA.
- xii. *Pellitteri v, Samsung Electronics Co., Ltd., et al.*, C 07-01614 SBA.
- xiii. *Kevin's Computer and Photo v. Samsung Electronics Co., Ltd., et al.*, C 07-01665 SBA.
- xiv. *Theisen v, Hitachi, Ltd., et al.*, Case No. C 07-01680 SBA.
- xv. *Davis v. Samsung Electronic Co., Ltd., et al.*, Case No. C 07-01735 SBA.
- xvi. *McClellan-Chambers et al. v. Samsung Electronics Co., Ltd., et al.*, Case No. C 07-01823 SBA.
- xvii. *Juskiewicz v. Samsung Electonics Co Ltd., et al.*, Case No. C 07-01829 SBA.
- xviii. *Rippel v. Samsung Electronics Co. Ltd., et al.*, Case No. C 07-02066 SC.
- xix. *Young v, Samsung Electronics Co., Ltd., et al.*, Case No. C 07-02286 MMC.
- xx. *Harrison v. Samsung Electronics Co., Ltd., et al.*, Case No. C 07-03971 VRW.
- xxi. *Skorstad v. Samsung Electronics Co Ltd., et al.*, Case No. C 07-02228 MEJ.
- xxii. *Calif:Coast Investigative Services v. Lexar Media, Inc., et al.*, Case No. C 07-03775 EDL.
- xxiii. *Cravens v. Lexar Media, Inc., et al.*, Case No. C 07-04082 MJJ.
- xxiv. *Levy v. Samsung Electronics Co., Ltd. et al.*, Case No. C 07-04252 MMC.
- xxv. *Go v. Lexar Media, Inc. et al.*, Case No. C 07-04547 VRW.
- xxvi. *Thal v. Hitachi America, Ltd. et al.*, Case No. C 07-04785 BZ.

3. All of these actions allege violations of antitrust law as a result of the Defendants' alleged nationwide price-fixing conspiracy of Flash Memory products.

4. Pursuant to Local Rule 3-12(a), Plaintiff states that the actions concern substantially the same parties and events, and that it appears likely that there will be an unduly

1  burdensome duplication of labor and expense, or the possibility of conflicting results if the cases
2  are conducted before different Judges. Relating the cases should help to eliminate duplicative
3  discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their
4  counsel, and the judiciary.

6  DATED: October 3, 2007                    Respectfully submitted,

                                             By: /s/ Mark J. Tamblyn
                                             Mark J. Tamblyn
                                             **WEXLER TORISEVA WALLACE LLP**
                                             1610 Arden Way, Suite 290
                                             Sacramento, California 95815
                                             Telephone: (916) 568-1100
                                             Facsimile: (916) 568-7890

                                             Hollis L. Salzman
                                             Kellie Lerner
                                             **LABATON SUCHAROW LLP**
                                             140 Broadway
                                             New York, NY 10005
                                             Telephone: (212) 907-0700
                                             Facsimile: (212) 818-0477

                                             Mark Shane
                                             **THE LAW OFFICES OF SHANE AND WHITE, LLC**
                                             1676 Route 27
                                             Edison, NJ 08817
                                             Telephone: (732) 819-9100
                                             Facsimile: (732) 572-9641

                                             Attorneys for *Plaintiff and the Class*

Mark J. Tamblyn (State Bar No. 179272)
Email: mjt@wtwlaw.com
**WEXLER TORISEVA WALLACE LLP**
1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890

Hollis L. Salzman
Email: hsalzman@labaton.com
Kellie Lerner
Email: klerner@labaton.com
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Trong Nguyen, Inc, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br>v.<br>Samsung Electronics Co., Ltd., *et al.*,<br>Defendants.<br><br>THIS DOCUMENT RELATES TO:<br>Case No. C-07-05041-EMC<br><br>JEMS SOFTWARE AND CONSULTING, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br>LEXAR MEDIA, INC., *et al.*,<br>Defendants. | Case No.: C-07-0086-SBA<br><br>**DECLARATION OF MARK J. TAMBLYN IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>The Honorable Saundra B. Armstrong |

DECLARATION OF MARK J. TAMBLYN [Case No.: C-07-0086-SBA]    1

1    I, Mark J. Tamblyn, declare as follows:

2    1.    I am an attorney duly licensed to practice law in all courts of the State of California and am a partner in the law firm of Wexler Toriseva Wallace LLP. I have personal knowledge of the matters set forth herein, and if called upon to testify, would be competent to do so.

2.    I am counsel for Plaintiff in *Jems Software and Consulting, Inc. v. Lexar Media, Inc. et al*, Case No. 3:07-cv-05041-EMC. I submit this Declaration in support of Plaintiff Jems Software and Consulting, Inc.'s Administrative Motion to Consider Whether Cases Should be Related.

3.    On January 5, 2007, Plaintiff Trong Nguyen filed a Complaint in the Northern District of California alleging a conspiracy to fix prices of Flash Memory products, styled *Nguyen v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-0086-SBA ("Nguyen"). Nguyen filed an amended complaint on January 18, 2007. Nguyen alleges violations of federal antitrust laws, among other violations. Nguyen's complaint is the earliest filed complaint in the Northern District of California, alleging that Defendants fixed the prices of Flash Memory products.

4.    In Orders dated March 14, April 27, May 14, June 12, August 2, August 13, August 21, September 18, September 21, and September 28, 2007, the Court related the following actions to *Nguyen*:

   i.    *A Computer Place, Inc. and Timothy Chanda v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-1020-WHA.

   ii.   *Miller v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-1147 EDL.

   iii.  *Burke v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-1236 MJJ.

   iv.   *Perkins v. Samsung Electronics Co. Ltd., et al.*, Case No. C-07-1360-JL.

   v.    *Burt v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-1388-MMC.

   vi.   *TechToysForLess v. Samsung Electronics Co., Ltd., et al.*, Case No, C-07-1418-SC.

   vii.  *Huh v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-1459-JCS.

viii. *Krahmer v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-1460-SC.

ix. *Alderman v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-01489 SBA.

x. *Greenwell v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-01524 SBA.

xi. *Sweatman v. Samsung Electonics Co., Ltd., et al.*, Case No. C-07-01613 SBA.

xii. *Pellitteri v. Samsung Electronics Co., Ltd., et al.*, C-07-01614 SBA.

xiii. *Kevin's Computer and Photo v. Samsung Electronics Co., Ltd., et al.*, C-07-01665 SBA.

xiv. *Theisen v. Hitachi, Ltd., et al.*, Case No. C-07-01680 SBA.

xv. *Davis v. Samsung Electronic Co., Ltd, et al.*, Case No. C-07-01735 SBA.

xvi. *McClellan-Chambers et al. v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-01823 SBA.

xvii. *Juskiewicz v. Samsung Electonics Co Ltd., et al.*, Case No. C-07-01829 SBA.

xviii. *Rippel v. Samsung Electronics Co. Ltd., et al.*, Case No. C-07-02066 SC.

xix. *Young v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-02286 MMC.

xx. *Harrison v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-03971 VRW.

xxi. *Skorstad v. Samsung Electonics Co Ltd., et al.*, Case No. C-07-02228 MEJ.

xxii. *Calif-Coast Investigative Services v. Lexar Media, Inc., et al.*, Case No. C-07 03775 EDL.

xxiii. *Cravens v. Lexar Media, Inc., et al.*, Case No. C-07-04082 MJJ.

xxiv. *Levy v. Samsung Electronics Co., Ltd. et al.*, Case No. C 07-04252 MMC.


1     xxv. *Go v. Lexar Media, Inc. et al.*, Case No. C 07-04547 VRW.

2     xxvi. *Thal v. Hitachi America, Ltd. et al.*, C 07-04785 BZ.

  5. Jems Software and Consulting, Inc. has not appeared in any of the above-listed related actions currently pending in the Northern District of California. Civil Local Rule 3-12 requires that an Administrative Motion to Consider Whether Cases Should be Related be promptly filed. Because the Defendants are in the process of being served, a stipulation could not be obtained prior to filing Plaintiffs Administrative Motion.

  6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 3, 2007 in Sacramento, California.

           By: /s/ Mark J. Tamblyn

           Mark J. Tamblyn
           **WEXLER TORISEVA WALLACE LLP**
           1610 Arden Way, Suite 290
           Sacramento, California 95815
           Telephone: (916) 568-1100
           Facsimile: (916) 568-7890

Mark J. Tamblyn (State Bar No. 179272)
Email: mjt@wtwlaw.us
**WEXLER TORISEVA WALLACE LLP**
1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890

Hollis L. Salzman
Email: hsalzman@labaton.com
Kellie Lerner
Email: klerner@labaton.com
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Attorneys for Plaintiff and the Class

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Trong Nguyen, Inc, on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br>Samsung Electronics Co., Ltd., *et al.*,<br>　　　　　Defendants.<br>THIS DOCUMENT RELATES TO:<br>Case No. C-07-05041-EMC<br><br>JEMS SOFTWARE AND CONSULTING, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>LEXAR MEDIA, INC., *et al.*,<br><br>　　　　　Defendants. | Case No.: **C-07-0086-SBA**<br><br>**[PROPOSED] ORDER RELATING CASES**<br><br>The Honorable Saundra B. Armstrong |

[PROPOSED] ORDER RELATING CASES [CASE NO.: C-07-0086-SBA]　　　　　　　　　　　　　1

1     On October 3, 2007, Plaintiff Jems Software and Consulting, Inc. filed an Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court, having considered the papers and pleadings on file, and good cause appearing,

    HEREBY GRANTS Plaintiff's Administrative Motion to Consider Whether Cases Should be Related.

    IT IS ORDERED that the following cases are related:

    Case No. C-07-0086-SBA *Nguyen v. Samsung Electronics Co., Ltd., et al.*; and

    Case No. 3:07-cv-05041-EMC *Jems Software and Consulting, Inc. v. Lexar Media, Inc. et al.*

    **IT IS SO ORDERED.**

Dated: _____

The Honorable Saundra B. Armstrong
United States District Court

| | |
|---|---|
| 1 | Mark J. Tamblyn (State Bar No. 179272)<br>Email: mjt@wtwlaw.com |
| 2 | **WEXLER TORISEVA WALLACE LLP** |
| 3 | 1610 Arden Way, Suite 290<br>Sacramento, California 95815 |
| 4 | Telephone: (916) 568-1100<br>Facsimile: (916) 568-7890 |
| 5 | |
| 6 | Hollis L. Salzman |
| 7 | Email: hsalzman@labaton.com<br>Kellie Lerner<br>Email: klerner@labaton.com |
| 8 | **LABATON SUCHAROW LLP** |
| 9 | 140 Broadway<br>New York, NY 10005 |
| 10 | Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477 |
| 11 | Attorneys for Plaintiff and the Class |
| 12 | (Additional Counsel on Signature Page) |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 16 | Trong Nguyen, Inc, on behalf of itself and all others similarly situated, | **Case No.: C-07-0086-SBA** |
| 17 | | **CERTIFICATE OF SERVICE** |
| 18 | Plaintiff,<br>v. | The Honorable Saundra B. Armstrong |
| 19 | Samsung Electronics Co., Ltd., *et al.*,<br>Defendants. | |
| 20 | THIS DOCUMENT RELATES TO: | |
| 21 | Case No. C-07-05041-EMC | |
| 22 | JEMS SOFTWARE AND CONSULTING, INC., on behalf of itself and all others similarly situated, | |
| 23 | | |
| 24 | Plaintiff, | |
| 25 | vs. | |
| 26 | LEXAR MEDIA, INC., *et al.*, | |
| 27 | Defendants. | |
| 28 | | |

1  I am employed in Sacramento County, which is where service of the document(s) referred to below occurred. I am over the age of eighteen and not a party to the within action. My business address is Wexler Toriseva Wallace LLP, 1610 Arden Way, Suite 290, Sacramento, CA 95815. I am readily familiar with Wexler Toriseva Wallace LLP's practice for the service of documents. On October 3, 2007, I served or caused to be served a true copy of the following documents in the manner listed below:

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;**

**DECLARATION OF MARK J. TAMBLYN IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; and**

**[PROPOSED] ORDER RELATING CASES**

X   **BY USDC ECF:** by USDC Live System-Document Filing System on all interested parties registered for e-filing.

X   **BY OVERNIGHT COURIER:** I caused the sealed envelope containing the aforementioned document(s) to be delivered via Federal Express overnight courier service to the addressee(s) specified below.

Hon. Saundra B. Armstrong                                *Courtesy Copy*
United States District Court
Northern District of California
Oakland Division
1301 Clay Street
Oakland, CA 94612

I declare that the foregoing is true and correct. Executed on October 3, 2007 at Sacramento, California.

/s/ Rochelle Firebaugh
Rochelle Firebaugh

2
CERTIFICATE OF SERVICE