# Labaton Sucharow

Hollis L. Salzman
Partner
212 907 0717 direct
212 883 7017 fax
email hsalzman@labaton.com

October 9, 2007

**VIA ECF & HAND DELIVERY**

Honorable Saundra B. Armstrong
United States District Court Judge
Northern District of California
Ronald V. Dellums Federal Building
Courtroom 3, 3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Re:   *Nguyen v. Samsung Electronic Co. Ltd. et al.*, Case No. C-07-0086-SBA;
      *Jems Software and Consulting, Inc.*, 3:07-CV-05041-EMC

Your Honor:

Enclosed please find a copy of the following document, filed on October 9, 2007 in *Nguyen v. Samsung Electronic Co. Ltd. et al.*, Case No. C-07-0086-SBA ("Nguyen"):

> Notice Of Lodgment Of Cross-Motion To Appoint Labaton Sucharow LLP As Interim Lead Counsel Or, In The Alternative, As Interim Co-Lead Counsel For Direct Purchaser Plaintiffs.

Also enclosed are the documents to be lodged with the Court, per the Notice of Lodgment. These documents were filed on October 9, 2007 in *Jems Software and Consulting, Inc.*, 3:07-CV-05041-EMC ("Jems"). Plaintiff Jems filed a Motion to Relate Jems to *Nguyen* on October 3, 2007.[1] The period of time for opposing the motion has elapsed without any opposition filed. *See* L.R. 7-11(b). Therefore, Plaintiff Jems submits these lodged copies for the Court's consideration until such time that the Court acts on the pending Motion to Relate *Jems*. We have served all documents on all counsel in *Nguyen*. The documents to be lodged are enclosed:

1. Plaintiff Jems Software and Consulting, Inc.'s Notice of Cross-Motion And Cross-Motion To Appoint Labaton Sucharow LLP As Interim Lead Counsel Or, In The Alternative, As Interim Co-Lead Counsel For Direct Purchaser Plaintiffs; Response To Motion For Appointment Of Direct Purchaser Plaintiffs' Interim Co-Lead Counsel; And Memorandum Of Points And Authorities In Support Thereof;

---

[1] *Jems* is a class action alleging antitrust violations in the flash memory market. The action has not been related and is currently pending before Magistrate Edward M. Chen.

Labaton Sucharow LLP   140 Broadway, New York, NY 10005   212 907 0700 main   212 818 0477 fax   www.labaton.com

**Labaton**
**Sucharow**

Honorable Saundra B. Armstrong
October 9, 2007
Page 2

2. Declaration Of Hollis L. Salzman In Support Of Plaintiff Jems Software And Consulting, Inc.'s Notice Of Cross-Motion And Cross-Motion To Appoint Labaton Sucharow LLP As Interim Lead Counsel Or, In The Alternative, Interim Co-Lead Counsel For Direct Purchaser Plaintiffs; Response To Motion For Appointment Of Direct Purchaser Plaintiffs' Interim Co-Lead Counsel; and

3. [Proposed] Order Appointing Labaton Sucharow LLP As [Interim Lead Counsel] [Interim Co-Lead Counsel] For Direct Purchaser Plaintiffs.

Respectfully,

Hollis L. Salzman

Enclosures

cc: All *Nguyen* Counsel (via ECF)

