1  Mark J. Tamblyn (S.B.N. 179272)
   Email: mjt@wtwlaw.com
2  **Wexler Toriseva Wallace**
3  1610 Arden Way, Suite 290
   Sacramento, California 95815
4  Phone: (916) 568-1100
   Fax: (916) 568-7890
5

6  Bernard Persky (*Pro Hac Vice* Pending)
   Email: Bpersky@labaton.com
7  Hollis L. Salzman (*Pro Hac Vice* Pending)
   Email: Hsalzman@labaton.com
8  Kellie Lerner (*Pro Hac Vice* Pending)
   Email: Klerner@labaton.com
9  **Labaton Sucharow LLP**
   140 Broadway
10 New York, NY 10005
   Telephone: (212) 907-0700
11 Facsimile: (212) 818-0477

12 *Attorneys for Plaintiff and the Class*
   *(Additional Counsel on Signature Page)*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEMS SOFTWARE AND CONSULTING, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC., *et al.*,<br><br>Defendants. | Case No.: 3:07-CV-05041-EMC<br><br>[PROPOSED] ORDER APPOINTING LABATON SUCHAROW LLP [INTERIM LEAD COUNSEL] [INTERIM CO-LEAD COUNSEL] FOR DIRECT PURCHASER PLAINTIFFS |

The Cross-Motion to Appoint Labaton Sucharow LLP as Interim Lead Counsel Or, In The Alternative, as Interim Co-Lead Counsel for Direct Purchaser Plaintiffs came on regularly for hearing. The Court, having carefully considered the papers and pleadings on file and oral arguments of counsel, hereby GRANTS the motion. It is hereby ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 23(g)(2)(A), the Court appoints Labaton Sucharow LLP as [Interim Lead Counsel] [Interim Co-Lead Counsel] for the Direct Purchaser Plaintiffs.

2. [Interim Lead Counsel] [Interim Co-Lead Counsel] shall be responsible for the overall conduct of the litigation on behalf of the Direct Purchaser Plaintiffs as follows:

   a. To promote the orderly and efficient conduct of this litigation and to avoid unnecessary duplication and unproductive efforts for all parties;

   b. To conduct all pretrial, trial and post-trial proceedings on behalf of plaintiffs;

   c. To sign any pleadings, motions, briefs, discovery requests or objections, subpoenas or notices on behalf of plantiffs;

   d. To determine and present in motions, briefs, oral argument or such other fashion as may be appropriate, the position of all of the plaintiffs as to all matters arising during pretrial and trial proceedings;

   e. To designate attorneys to act as spokespersons at pretrial conferences;

   f. To conduct or coordinate discovery on behalf of plaintiffs consistent with the requirements of the Federal Rules of Civil Procedure, including the preparation of joint interrogatories, requests for production of documents, requests for admissions and the examination of witnesses in depositions;

   g. To designate attorneys to enter into stipulations necessary for the conduct of the litigation with opposing counsel;

   h. To make all work assignments, including the organization and formation of a Plaintiffs' Executive Committee and any subcommittees, whose role will be to assist in the prosecution of the consolidated action as directed and supervised by [Interim Lead Counsel] [Interim Co-Lead Counsel] ;

   i. To collect time, lodestar and expense reports from each firm in the consolidated action, including paralegals and any other staff members whose time is expected to be included in any fee petition;

   j. To employ and consult with experts;

k.  To call meetings of plaintiffs' counsel when deemed appropriate;

l.  To conduct settlement negotiations with defense counsel on behalf of plaintiffs and the putative direct purchaser class; and

m.  To otherwise coordinate the work of all plaintiffs' counsel, and perform such other duties as [Interim Lead Counsel] [Interim Co-Lead Counsel] deems necessary or as authorized by further order of the Court.

3.  Labaton Sucharow LLP is hereby designated [Interim Lead Counsel] [Interim Co-Lead Counsel] for the Direct Purchaser Plaintiffs, and upon whom all notices, orders, pleadings, motions, discovery, and memoranda relating to the coordinated actions shall be served, and defendants shall effect service of papers on Direct Purchaser Plaintiffs in the coordinated actions by serving Labaton Sucharow LLP or any other firm designated by the Court as Co-Lead Counsel. An agreement reached between defendant(s) and Interim Lead or Co-Lead Counsel or their designee(s) shall be binding on all other plaintiffs' counsel in the direct purchaser coordinated actions.

4.  All counsel shall keep a daily record of their time spent and expenses incurred in connection with this litigation, indicating with specificity the hours, location, and particular activity.

Dated: _____

　　　　　　　　　　　　　　　　　　　Honorable Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　　United States District Court

683093 v1
[10/8/2007 11:24]

[PROPOSED] ORDER APPOINTING [INTERIM LEAD] [INTERIM CO-LEAD COUNSEL] FOR DIRECT PURCHASER PLAINTIFFS
[Case No. C-07-0086-SBA]

2