Mark J. Tamblyn (S.B.N. 179272)
Email: mjt@wtwlaw.com
**Wexler Toriseva Wallace**
1610 Arden Way, Suite 290
Sacramento, California 95815
Phone: (916) 568-1100
Fax: (916) 568-7890

Bernard Persky (*Pro Hac Vice* Pending)
Email: Bpersky@labaton.com
Hollis L. Salzman (*Pro Hac Vice* Pending)
Email: Hsalzman@labaton.com
Kellie Lerner (*Pro Hac Vice* Pending)
Email: Klerner@labaton.com
**Labaton Sucharow LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEMS SOFTWARE AND CONSULTING, INC., on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC., *et al.*,<br><br>                    Defendants. | Case No. 3:07-CV-05041-EMC<br><br>**CERTIFICATE OF SERVICE** |

I, Kellie Safar-Lerner, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by Labaton Sucharow LLP, located at 140 Broadway, New York, NY 10005. I am not a party to the within action; and I caused a true and correct copy of the following documents in the manner indicated below:

---

CERTIFICATE OF SERVICE

1. NOTICE OF LODGEMENT OF CROSS-MOTION TO APPOINT LABATON SUCHAROW LLP AS INTERIM LEAD COUNSEL OR, IN THE ALTERNATIVE, AS INTERIM CO-LEAD COUNSEL FOR DIRECT PURCHASER PLAINTIFFS

2. PLAINTIFF JEMS SOFTWARE AND CONSULTING, INC.'S NOTICE OF CROSS-MOTION AND CROSS-MOTION TO APPOINT LABATON SUCHAROW LLP AS INTERIM LEAD COUNSEL OR, IN THE ALTERNATIVE, AS INTERIM CO-LEAD COUNSEL FOR DIRECT PURCHASER PLAINTIFFS; RESPONSE TO MOTIONS FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL FOR DIRECT PURCHASER PLAINTIFFS;

3. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CROSS MOTION TO APPOINT LABATON SUCHAROW LLP AS INTERIM LEAD COUNSEL OR, IN THE ALTERNATIVE, AS INTERIM CO-LEAD COUNSEL FOR DIRECT PURCHASER PLAINTIFFS AND RESPONSE TO MOTIONS FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL;

4. DECLARATION OF HOLLIS L. SALZMAN IN SUPPORT OF NOTICE OF CROSS-MOTION AND CROSS-MOTION TO APPOINT LABATON SUCHAROW LLP AS INTERIM LEAD COUNSEL OR, IN THE ALTERNATIVE, INTERIM CO-LEAD COUNSEL FOR DIRECT PURCHASER PLAINTIFFS;

5. [PROPOSED] ORDER APPOINTING LABATON SUCHAROW LLP [INTERIM LEAD COUNSEL] [INTERIM CO-LEAD COUNSEL] FOR DIRECT PURCHASER PLAINTIFFS; and

6. CERTIFICATE OF SERVICE.

◙ **By Electronic Filing**: I served a true copy on this date of each document listed above via the Court's ECF system on all parties registered for electronic filing in the above action.

◙ **By Mail**: I placed a true copy on this date of each document listed above in a sealed envelope addressed to each person listed on the service list below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that upon motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

Executed at New York, New York, on October 9, 2007.

By: /s/ Kellie Safar-Lerner
Kellie Safar-Lerner

**Mailing Information for a Case 4:07-cv-00086-SBA**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- Mario Nunzio Alioto
  malioto@tatp.com

- Antitrust Division, Department of Justice
  lara.kroop@usdoj.gov

- Calif-Coast Investigative Services
  swiliams@cpmlegal.com

- Henry A. Cirillo
  Hcirillo@furth.com,gmgray@furth.com,newman@furth.com,czapanta@furth.com

- Josef D. Cooper
  jdc@coopkirk.com,coopkirk@aol.com,kah@coopkirk.com

- Craig C. Corbitt
  ccorbitt@zelle.com

- Nimish Ramesh Desai
  ndesai@lchb.com,tsilva@lchb.com,smowry@lchb.com,mhedani@lchb.com,tjackson@lchb.com,nmenard@lchb.com

- Thomas Patrick Dove
  tdove@furth.com

- Jeff D Friedman
  jefff@hbsslaw.com,nancyq@hbsslaw.com

- Daniel C. Girard
  girardgibbs@girardgibbs.com,cma@girardgibbs.com

- Gary L. Halling
  ghalling@smrh.com,mscarborough@sheppardmullin.com,tcunningham@sheppardmullin.com,ewhite@smrh.com,tilee@sheppardmullin.com,eparis@sheppardmullin.com,khollenbeck@shep

- Dan Harrison
  ams@girardgibbs.com

- Derek G. Howard
  dhoward@mandhllp.com,syundt@mandhllp.com,gmurray@mandhllp.com,aarnall@mandhllp.com

- Jon T. King
  king@furth.com,newman@furth.com,czapanta@furth.com

- Lara Meredith Kroop
  Lara.Kroop@usdoj.gov,esther.fallas@usdoj.gov

- Christopher Lee Lebsock
  Clebsock@furth.com,newman@furth.com,czapanta@furth.com

- Belinda S. Lee
  Belinda.Lee@lw.com,Lisa.Campfield@lw.com

- Jack Wing Lee
  jlee@MinamiTamaki.com,hzia@MinamiTamaki.com,pdomin@MinamiTamaki.com,stamura-sato@MinamiTamaki.com,cparker@MinamiTamaki.com,gsumagaysay@MinamiTamaki.com

- Daniel Joseph Mulligan
  dan@jmglawoffices.com,lgabriel@jmglawoffices.com

- Gilmur Roderick Murray
  gmurray@mandhllp.com

- Peter Bruce Nemerovski
  petenemo@yahoo.com

- Ryan James Padden
  rpadden@omm.com,lvichich@omm.com

- Lauren Clare Russell
  laurenrussell@tatp.com

- Guido Saveri
  guido@saveri.com

- Richard Alexander Saveri
  rick@saveri.com

- Francis Onofrei Scarpulla
  fscarpulla@zelle.com

- Aaron M. Sheanin
  ams@girardgibbs.com,zml@girardgibbs.com

- Bruce Lee Simon
  bsimon@psswplaw.com,mmorton@psswplaw.com

- Mona Solouki

msolouki@sheppardmullin.com,tilee@sheppardmullin.com,ewhite@sheppardmullin.com,khollenbeck@sheppardmullin.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,dburwell@cpmlegal.com,dpark@cpmlegal.com,rjit@cpmlegal.com,lclark@cpmlegal.com

- **Scott Justin Yundt**
  syundt@mandhllp.com,gmurray@mandhllp.com,dhoward@mandhllp.com,aarnall@mandhllp.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Larry Gabriel**
Jenkins, Mulligan & Gabriel, LLP.
78-065 Main Street
Suite 202
La Quinta, CA 92253

**Kelly Ann Horne**
Cooper & Kirkham
655 Montgomery St #1700
San Francisco, CA 94111

**Tracy R. Kirkham**
Cooper & Kirkham, P.C.
655 Montgomery Street, 17th Floor
San Francisco, CA 94111