Mark J. Tamblyn (State Bar No. 179272)
Email: mjt@wtwlaw.com
**WEXLER TORISEVA WALLACE LLP**
1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890

Bernard Persky
Email: bpersky@labaton.com
Hollis L. Salzman
Email: hsalzman@labaton.com
Kellie Lerner
Email: klerner@labaton.com
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Attorneys for *Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JEMS SOFTWARE AND CONSULTING, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC., *et al.*,<br><br>Defendants. | Case No. 3:07-cv-05041-EMC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFF JEMS SOFTWARE AND CONSULTING, INC.**<br><br><br>Magistrate Judge Edward M. Chen |

---

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFF JEMS SOFTWARE AND CONSULTING, INC.
Case No. 3:07-cv-05041-EMC

1     Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: October 16, 2007      Respectfully submitted,

By:      /s/ Mark J. Tamblyn

Mark Tamblyn
**WEXLER TORISEVA WALLACE LLP**
1610 Arden Way, Suite 290
Sacramento, California 95815
Phone: (916) 568-1100
Fax: (916) 568-7890

Bernard Persky
Hollis L. Salzman
Kellie Lerner
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Mark Shane
**THE LAW OFFICES OF SHANE AND WHITE LLC**
1676 Route 27
Edison, New Jersey 08817
Telephone: (732) 819-9100
Facsimile: (732) 572-9641

Attorneys for Plaintiff and the Class