Mark J. Tamblyn (179272)
mjt@wtwlaw.us
**Wexler Toriseva Wallace**
1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890

Bernard Persky
bpersky@labaton.com
Hollis L. Salzman
hsalzman@labaton.com
Kellie Lerner
klerner@labaton.com
Morissa R. Falk
mfalk@labaton.com
**Labaton Sucharow LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEMS SOFTWARE AND CONSULTING, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC., et al.,<br><br>Defendants. | CASE NO. C-07-05041-EMC<br><br>**(PROPOSED)**<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF KELLIE SAFAR-LERNER _PRO HAC VICE_** |

Kellie Safar-Lerner, an active member in good standing of the bars of the States of New York and New Jersey and the U.S. District Court for the District of New Jersey, whose business address and telephone number is Labaton Sucharow LLP, 140 Broadway, New York, NY 10005, (212) 907-0700, having applied in the above-entitled action for admission to practice in the

FILED
NOV 0 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1 | Northern District of California on a *pro hac vice* basis, representing Plaintiff, Jems Software and
2 | Consulting, Inc.
3 |      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
5 | *vice*. Service of papers upon and communication with co-counsel designed in the application
6 | will constitute notice to the party. All future filings in this action are subject to the requirements
7 | contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11-2-07

~~Edward M. Chen~~ Saundra Brown Armstrong
United States ~~Magistrate~~ District Judge

ORDER GRANTING APPLICATION FOR
ADMISSION OF KELLIE SAFAR-LERNER *PRO HAC VICE*

2