

1  Mark J. Tamblyn (179272)
   *mjt@wtwlaw.us*
2  **Wexler Toriseva Wallace**
3  1610 Arden Way, Suite 290
   Sacramento, California 95815
4  Telephone: (916) 568-1100
   Facsimile: (916) 568-7890
5
   Bernard Persky
6  *bpersky@labaton.com*
   Hollis L. Salzman
7  *hsalzman@labaton.com*
   Kellie Lerner
8  *klerner@labaton.com*
   Morissa R. Falk
9  *mfalk@labaton.com*
   **Labaton Sucharow LLP**
10 140 Broadway
   New York, NY 10005
11 Telephone: (212) 907-0700
   Facsimile: (212) 818-0477
12
13 Attorneys for Plaintiff and the Class

14                UNITED STATES DISTRICT COURT
15                NORTHERN DISTRICT OF CALIFORNIA
16

17 JEMS SOFTWARE AND CONSULTING,
   INC., on behalf of itself and all others
   similarly situated,
18                                              CASE NO. C-07-05041-EMC
19                    Plaintiff,
                                                (PROPOSED)
20         v.                                   ORDER GRANTING APPLICATION
                                                FOR ADMISSION OF BERNARD
21 LEXAR MEDIA, INC., *et al.*,                 PERSKY *PRO HAC VICE*

22                    Defendants.
23 _____/

24
25     Bernard Persky, an active member in good standing of the bar of the State of New York,
26 and the U.S. District Court for the Northern, Southern and Eastern Districts of New York, whose
27 business address and telephone number is Labaton Sucharow LLP, 140 Broadway, New York,
28 NY 10005, (212) 907-0700, having applied in the above-entitled action for admission to practice

1  in the Northern District of California on a *pro hac vice* basis, representing Plaintiff, Jems
2  Software and Consulting, Inc.
3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
5  *vice*. Service of papers upon and communication with co-counsel designed in the application
6  will constitute notice to the party. All future filings in this action are subject to the requirements
7  contained in General Order No. 45, *Electronic Case Filing*.

Dated: __11-2-07__

~~Edward M. Chen~~ Saundra Brown Armstrong
United States ~~Magistrate~~ District Judge